UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA GENTRY, et al.,<br><br>Defendants. | No. 2:17-cv-02206 TLN AC<br><br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se. On July 13, 2018, counsel Hans W. Herb appeared on behalf of plaintiff. ECF No. 44. Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending before the undersigned are VACATED;

2. The Motion for to Dismiss for Lack of Jurisdiction (ECF No. 12) is now pending before the District Judge assigned to this action.

3. Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1).

////

1

4. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: July 16, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE